# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ROBERT MCGLORY

**FILED**
MAY 0 2 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE DENLOW
**CRIMINAL COMPLAINT**

CASE NUMBER: 08CR 355

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 2, 2008__ in ____DuPage____ county, in the ____Northern____ District of ____Illinois____ defendant(s),

did receive and unlawfully have in his possession mail which had been stolen, taken, embezzled, and abstracted, knowing the same had been stolen, taken, embezzled, or abstracted,

in violation of Title __18__ United States Code, Section(s) __1708__.

I further state that I am a(n) __Postal Inspector, United States Postal Inspection Service__ and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof: __X__ Yes  ____ No

_Jeanne M Lee_
Signature of Complainant

Sworn to before me and subscribed in my presence,

__May 2, 2008__ at  __Chicago, Illinois__
Date                               City and State

__MORTON DENLOW, U.S. Magistrate Judge__     _Morton Denlow_
Name & Title of Judicial Officer          Signature of Judicial Officer

| | |
|---|---|
| **COUNTY OF COOK** | ) |
| | ) SS |
| **STATE OF ILLINOIS** | ) |

### AFFIDAVIT

I, Jeanne M. Lee, being duly sworn, do hereby state:

### Background

1. I am currently employed as a United States Postal Inspector with the United States Postal Inspection Service, and have been so employed for approximately 14 years. I am currently assigned to the External Crimes/Mail Theft Team. My duties include, among other things, investigating federal violations of mail theft, credit card fraud, mail fraud, and identity theft. I received formal training from the United States Postal Inspection Service and additional training through contact with experts from various law enforcement agencies.

2. This affidavit is made in support of a criminal complaint charging Robert McGlory with mail theft, in violation of Title 18, United States Code, Section 1708.

3. I make this affidavit based upon my own personal knowledge, on information and documents I have gathered in the course of this investigation, and information obtained from other law enforcement officers. Because this affidavit is being submitted for the limited purpose of supporting a criminal complaint, I do not include each and every fact known to me regarding this investigation. I set forth only the facts necessary to establish probable cause to believe that Robert McGlory committed mail theft in violation of Title 18, United States Code, Section 1708.

### Investigation

4. On or about November 6, 2007, a Chase Bank Investigator reported that Victim A, who has a Chase credit account, reported that he never received two convenience checks that were reportedly mailed with his July 2007 account statement. Citibank Investigators determined that Victim A's missing convenience checks were forged and then deposited into Citibank account #XXXXXXXX. Citibank account records show that account #XXXXXXXX was opened on or about August 7, 2007 using the name and identifiers of an individual who law enforcement believes to be either a victim (Victim B) or a co-conspirator. The account was opened using the phone number (630)261-1130 and address 1115 Surrey Dr., Apt 1N, Glen Ellyn, IL 60137. The accounts were opened online or over the phone. Ameritech records show that, on or about August 3, 2007, phone number (630)261-1130 was activated in the name of Victim B (or co-conspirator), 1115 Surrey Dr., Apt 1-N, Glen Ellyn, Illinois. According to law enforcement sources, Apt. 1-N is not occupied. Law enforcement databases show that Robert McGlory resides at 1115 Surrey Dr., Apt. G-N, Glen Ellyn, Illinois.

5. On or about October 29, 2007, Postal Inspectors conducted a trash pull at 1115 Surrey Dr., Glen Ellyn, Illinois. The following pieces of mail were recovered: September 19, 2007 bank

statement from a LaSalle Bank account held in the name of Victim C, with handwritten statements "0005055302151260", "CH", "SAVING" and "8603759252" depicted therein; October 17, 2007 bank statement from Victim C's bank account; September 2007 bank statement for money market account held in the name of Victim C; and October 19, 2007 AT&T bill for (630)495-9924 addressed to Sally Jones, Apt. Garden-N, 1115 Surrey Dr., Glen Ellyn, Illinois 60137. Subpoenaed Ameritech phone records also show that (630)495-9924 belongs to Sally Jones, 1115 Surrey Dr., Apt. Garden-N, Glen Ellyn, Illinois 60137.

6. On October 30, 2007, Victim C met with Postal Inspectors and related the following: After she was notified that her bank account information was found in the trash pull, she learned that an improper electronic transfer was made from her money market account. A LaSalle Bank Investigator confirmed that, on or about September 27, 2007, a direct debit was made from Victim C's money market account in the amount of $482.37. The LaSalle Bank investigator reported that the payment was initiated by an individual named Robert McGlory.

7. Victim C's husband reported that on or about November 2, 2007, he observed the U.S. Mail truck as it left his building. A few minutes later, Victim C's husband noticed an African-American male exiting the vestibule of his condominium where the mailboxes are located. Victim C's husband watched as the male left the area driving a black Chrysler with license plate number 495-7470. Victim C was returning home at this time and saw the vehicle leaving her condominium parking lot. Victim C took a picture of the vehicle and license plate. Victim C stated that she recognized the male individual as someone she has seen at the entrance of her building before. Based on Illinois registration records, the black 2003 Chrysler is registered to Sally Jones, 1115 Surrey Dr., Apt. G-N, Glen Ellyn, Illinois.

8. On or about November 5, 2007, Postal Inspectors submitted the handwritten statements depicted on Victim C's September 19, 2007 bank account statement, found during the trash pull conducted at 1115 Surrey Dr., Glen Ellyn, Illinois, for fingerprint and handwriting analysis. Inspectors provided a sample of McGlory's handwriting obtained through a prior Postal Service investigation. A Senior Forensic Document Examiner determined that it is highly probable that Robert McGlory wrote the statements on Victim C's bank account statement.

9. On or about January 30, 2008, a Discover Investigator advised that a Discover customer, Victim D, reported that a convenience check mailed in her July 2007 statement was forged and cashed. A copy of the convenience check shows that it was used to pay an AT&T bill. The phone number listed on the back of the check is (630)495-9924. The original check was submitted to the Postal Inspection Service Forensics Laboratory for handwriting analysis. The results of that analysis show that the phone number on the convenience check was probably written by Robert McGlory.

10. On or about April 14, 2008, Postal Inspectors conducted another trash pull at 1115 Surrey Drive, Glen Ellyn, Illinois. The following pieces of mail were recovered: a January 2, 2008 Comcast Bill addressed to Victim E (Victim E's name and address are whited out); a 2007 1099 Dividend Statement addressed to Victim F; a February 2008, Com Ed bill addressed to Victim G;

a 2004 Form 1099 addressed to Victims H and I (both deceased); a July 2, 2001 SSA letter of appeal addressed to Victim J; and a First Bank 1099 addressed to Victim K. Also recovered from this trash was mail dated April 10, 2008 and addressed to Sally A. Jones, 1115 Surrey Dr., Apt. G North, Glen Ellyn, Illinois; an email addressed to "Sallyj74111@peoplepc.com" regarding a DSL modem; an email addressed to "Robert McGlorry"; and a package addressed to Sally Jones, 115 Surrey Dr., Apt. GN, Glen Ellyn, Illinois 60137.

11. Postal Inspectors determined that Victims E, F and G all live in the same condominium complex in Northlake, Illinois. Residents of that same Northlake, Illinois condominium complex recently reported incidents of mail theft to their local law enforcement agency.

12. On or about October 31, 2007, a Postal Inspector spoke with Robert McGlory's Parole Agent. The Parole Agent stated that Robert McGlory lives with Sally Jones at 1115 Surrey, Ground Floor N, Glen Ellyn, Illinois. On April 23, 2008, Your Affiant contacted the Parole Agent who verified that on March 10, 2008 and March 16, 2008, he spoke with McGlory via telephone at (630)495-9924. The Parole Agent also stated that, on or about March 3, 2008, he made an unannounced visit to McGlory at his residence located at 1115 Surrey Dr., Glen Ellyn, Illinois.

13. On April 16, 2008, Robert McGlory was surveilled by Postal Inspectors as he left his residence located at 1115 Surrey Dr., Glen Ellyn, Illinois, driving an Enterprise rental car. McGlory drove to the Oak Brook Mall, parked in the parking garage and used two ATM's to conduct ATM transactions. McGlory left the mall immediately after conducting the transactions.

14. On or about May 2, 2008, Postal Inspectors conducted a search of McGlory's residence pursuant to a search warrant authorized by Magistrate Judge Denlow on April 28, 2008. During that search, Postal Inspectors located and seized from McGlory's residence, among other things, victim identification cards and over approximately 75 pieces of stolen mail. The pieces of mail were addressed to individuals other than Robert McGlory, and based on a review of at least some of the approximately 75 pieces of mail and on my experience and training, the pieces of mail passed through the U.S. Mail system.

15. The stolen pieces of mail were located in the room used as an office in McGlory's residence. Postal Inspectors also found McGlory's wallet, dry cleaning bills in McGlory's name, and male clothing in that room.

16. Based on the information found and seized at McGlory's residence, Postal Inspectors arrested McGlory for mail theft.

## Conclusion

17.  Based on the facts outlined in this affidavit, probable cause exists to believe that Robert McGlory committed mail theft in violation of Title 18, United States Code, Section 1708.

FURTHER AFFIANT SAYETH NOT.

Jeanne M. Lee
United States Postal Inspector

Subscribed and sworn to before me,
this 2nd day of May, 2008.

UNITED STATES MAGISTRATE JUDGE

4