## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Morton Denlow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 355 - 1 | **DATE** | 5/7/2008 |
| **CASE TITLE** | USA vs. Robert McGlory | | |

**DOCKET ENTRY TEXT**

Defendant waives his right to a preliminary. Defendant ordered bound to the District Court for further proceedings. Defendant to remain in custody pending detention hearing set for 5/12/08 at 2:00 p.m.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | DK |
|---|---|---|

Case 1:08-cr-00355    Document 4    Filed 05/07/2008    Page 1 of 1

08CR355 - 1 USA vs. Robert McGlory                                                                 Page 1 of 1