# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Morton Denlow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 355 - 1 | **DATE** | 5/12/2008 |
| **CASE TITLE** | USA vs. Robert McGlory | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Defendant ordered detained as a danger to the community and risk of flight. Defendant ordered bound to the District Court for further proceedings in the custody of the U.S. Marshal.

Docketing to mail notices.

00:16

| | Courtroom Deputy Initials: | DK |
|---|---|---|