IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket Number: 08 CR 355 |
| Plaintiff, | ) | |
| | ) | Presiding Judge: |
| v. | ) | The Honorable Judge Morton Denlow |
| | ) | |
| ROBERT McGLORY, | ) | |
| Defendant. | ) | |

**MOTION FOR TEMPORARY PRE-TRIAL RELEASE**

ROBERT McGLORY, BY HIS COUNSEL, PAUL CAMARENA, RESPECTFULLY moves this Honorable Court to order the United States to release Robert McGlory for one day, so that Mr. McGlory can attend his children's graduation. In support of this motion, Mr. McGlory states as follows:

Mr. McGlory and Ms. Rhonda Fox have parented twin girls, Robbie and Raven McGlory, ages 17. Although Mr. McGlory and Ms. Fox separated years ago and Ms. Fox has custody of the twins, Mr. McGlory has always been a part of the girls' lives. Mr. McGlory visited with his children almost daily. Mr. McGlory organized the twins' sweet sixteen birthday party, and Mr. McGlory regularly attended the girls' high school cheerleading events and basketballs games.

On May 2, 2008, the United States charged, by complaint, Mr. McGlory with possessing United States mail which had been stolen mail, and the United States arrested him. (R. 1.) On May 12, 2008, this Honorable Court stated that Mr. McGlory was a danger to the community and ordered the United States to detain him pretrial. (R. 5.)

Several state regulations permit prisoners to leave confinement to visit with family. For example, Chapter 730 of the Illinois Compiled Statutes Act 5, Section 3 11 1(a)(5) provides that prisoner "furloughs may be granted for a period of time not to exceed 14 days … to visit such person's family," and Wisconsin Statutes Section 303.068(1)(e) states that an inmate may be allowed to leave confinement to visit a "child, spouse, grandparent, brother or sister to facilitate family reintegration and stability." Also, 18 U.S.C. § 3622(a)(5) authorizes the United States Bureau of Prisons to release a post-conviction prisoner "to visit a designated place for a period not to exceed thirty days, and then return to the same or another facility, for establishing or reestablishing family or community ties."

Mr. McGlory is very proud of his daughters, who will graduate from Downers Grove North High School, on Friday May 30, 2008[1], and attend college in the fall. Robbie McGlory will attend North Central College on a scholarship, while Raven will attend the College of DuPage for two years. Mr. McGlory would submit that, as a pretrial prisoner, the United States

---

[1] Exhibit 1.

should extend the same consideration that the United States can extend to post-conviction prisoners, and release him just for one day so that he can attend his daughters' high school graduation and then surrender to the United States Marshal. Mr. McGlory would also submit that this Honorable Court's release of Mr. McGlory just for the one day of his daughters' graduation will not pose any danger to the community.

WHEREFORE, Ms. McGlory respectfully moves this Honorable Court to order the United States to release Mr. McGlory on Friday May 30, 2008 and to order Mr. McGlory to surrender to the United States Marshal the next day.

Respectfully submitted,
Robert McGlory's Counsel
North & Sedgwick L.L.C.

By: /s/ Paul Camarena
Paul Camarena, Esq.
333 W. North, No. 150
Chicago, IL 60610
PaulCamarena@PaulCamarena.Com
(312) 493-7494
(312) 602-4945 (facsimile)



Community High School District 99
# North High School
4436 Main Street • Downers Grove, IL 60515-2800
Phone: (630) 795-8400 • Fax: (630) 795-8499 • www.csd99.org

| Ms. Maria E. Ward | Mr. Charles G. Hiscock | Mr. Peter L. Theis |
|---|---|---|
| Principal | Associate Principal | Associate Principal |

May 19, 2008

Paul Camarena
Attorney-at-Law
333 West North, No. 150
Chicago, Illinois 60610

Dear Mr. Camarena:

Please be advised that Robbie McGlory and Raven McGlory, children of Robert McGlory, are members of the North High Class of 2008. They are scheduled to graduate with their class on Friday, May 30, 2008 at 7:00 pm at Downers Grove North High School.

Sincerely,

Sherri DeVore-Benitez
Assistant Principal
Student Support Services

| Ms. Sherri DeVore-Benitez | Dr. Kenneth C. Sorensen | Ms. Denise B. Kavanaugh | Mr. James Kolodziej |
|---|---|---|---|
| Assistant Principal | Assistant Principal | Athletic Director | Supervisor of Buildings and Grounds |