### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket Number: 08 CR 355 |
|     Plaintiff, | ) | |
| | ) | Presiding Judge: |
| v. | ) | The Honorable Judge Morton Denlow |
| | ) | |
| ROBERT McGLORY, | ) | |
|     Defendant. | ) | |

### NOTICE OF MOTION

To:    Bethany Biesenthal                                      Justin Wiersema
       Respondent United States' Counsel        United States Pretrial Services Officer
       219 S. Dearborn, No. 500                 219 S. Dearborn, No. 1500
       Chicago, IL 60604                             Chicago, IL 60604

      PLEASE TAKE NOTICE that, on Wednesday May 28, 2008, at 9:15am, at the United States District Court for the Northern District of Illinois, 217 S. Dearborn, Courtroom 1350, Chicago, IL, 60604, Mr. McGlory, through his counsel, Paul Camarena, will appear before His Honor Judge Denlow, or before such other judge who may be sitting in his place and stead, and Mr. McGlory will present his **MOTION FOR TEMPORARY PRE-TRIAL RELEASE**.

### CERTIFICATE OF SERVICE

      MR. McGLORY'S COUNSEL, PAUL CAMARENA, CERTIFIES that, on Wednesday May 21, 2008, he served Mr. McGlory's **MOTION FOR TEMPORARY PRE-TRIAL RELEASE** and its **NOTICE OF MOTION** on:

       Bethany Biesenthal                              Justin Wiersema
       Respondent United States' Counsel        United States Pretrial Services Officer
       219 S. Dearborn, No. 500                 219 S. Dearborn, No. 1500
       Chicago, IL 60604                             Chicago, IL 60604

       Respectfully submitted,
       Robert McGlory's Counsel
       North & Sedgwick L.L.C.

By:    /s/ Paul Camarena
       Paul Camarena, Esq.
       333 W. North, No. 150
       Chicago, IL 60610
       PaulCamarena@PaulCamarena.Com
       (312) 493-7494
       (312) 602-4945 (facsimile)