## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 355 | **DATE** | 5/22/2008 |
| **CASE TITLE** | USA vs. Robert McGlory | | |

**DOCKET ENTRY TEXT**

Government's unopposed first motion for an extension of time to return indictment pursuant to 18 U.S.C. §3161(h) [8] is granted. ENTER ORDER: It is hereby ordered that the time within which to file an indictment against the defendant be extended from May 30, 2008 to and including June 27, 2008.
X-T

■ [ For further detail see separate order(s).]        Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|