# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 355 - 1 | **DATE** | 5/28/2008 |
| **CASE TITLE** | USA vs. Robert McGlory | | |

**DOCKET ENTRY TEXT**

Motion hearing held regarding motion for temporary pre-trial release [6]. Defendant's motion for temporary pre-trial release from noon on Friday, 5/30/08, to 9:00 a.m. on Saturday, 5/31/08, to attend his daughters' graduation and party [6] is granted. The MCC is directed to release Robert McGlory on Friday, 5/30/08 at 12:00 noon. Defendant is to return and surrender to custody at the MCC on Saturday, 5/31/08 at 9:00 a.m.

Docketing to mail notices.

00:21

| | Courtroom Deputy Initials: | DK |
|---|---|---|