IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket Number: 08 CR 355 |
| Plaintiff, | ) | |
| | ) | Presiding Judge: |
| v. | ) | The Honorable Judge Morton Denlow |
| | ) | |
| ROBERT McGLORY, | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW *PRO SE* MOTION**

ROBERT McGLORY'S COUNSEL, PAUL CAMARENA, RESPECTFULLY moves this Honorable Court for leave to withdraw Mr. McGlory's *pro se* motion. In support of this motion, Counsel states as follows:

1. On May 5, 2008, this Honorable Court appointed Counsel to represent Mr. McGlory. R. 2.

2. Although a party with counsel communicates to the court only through counsel, on June 16, 2008, Mr. McGlory *pro se* filed his Motion to Vacate Detention Order and Order Pretrial Release. R. 15.

3. Thus, Counsel moves this Honorable Court for leave to withdraw McGlory's *pro se* Motion to Vacate Detention Order, as Counsel anticipates filing his own Motion to Reconsider this Honorable Court's Order Detaining Mr. McGlory.

WHEREFORE, Ms. McGlory's Counsel respectfully moves this Honorable Court to strike Mr. McGlory's *pro se* Motion to Vacate Detention Order.

Respectfully submitted,
Robert McGlory's Counsel
North & Sedgwick L.L.C.

By:  /s/ Paul Camarena
Paul Camarena, Esq.
333 W. North, No. 150
Chicago, IL 60610
PaulCamarena@PaulCamarena.Com
(312) 493-7494
(312) 602-4945 (facsimile)