# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Docket Number: 08 CR 355 |
| Plaintiff,    ) | |
| ) | Presiding Judge: |
| v.    ) | The Honorable Judge Morton Denlow |
| ) | |
| ROBERT McGLORY,    ) | |
| Defendant.    ) | |

## NOTICE OF FILING

To:    Bethany Biesenthal
Plaintiff's, United States', Counsel
219 S. Dearborn, No. 500
Chicago, IL 60604

    PLEASE TAKE NOTICE that, on Wednesday June 25, 2008, at the United States District Court for the Northern District of Illinois, 219 S. Dearborn, Office of the Clerk, Number 2000, Chicago, IL, 60604, Mr. McGlory's Counsel filed his **MOTION TO WITHDRAW *PRO SE* MOTION**.

## CERTIFICATE OF SERVICE

    MR. McGLORY'S COUNSEL, PAUL CAMARENA, CERTIFIES that, on Wednesday June 25, 2008, he served McGlory's Counsel's **MOTION TO WITHDRAW *PRO SE* MOTION** and its **NOTICE OF FILING** on:

Bethany Biesenthal
Plaintiff's, United States', Counsel
219 S. Dearborn, No. 500
Chicago, IL 60604

Respectfully submitted,
Robert McGlory's Counsel
North & Sedgwick L.L.C.
By:    /s/ Paul Camarena
Paul Camarena, Esq.
333 W. North, No. 150
Chicago, IL 60610
PaulCamarena@PaulCamarena.Com
(312) 493-7494
(312) 602-4945 (facsimile)