

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) No. 08 CR 355 |
| ROBERT McGLORY | ) Violations: Title 18, United States Code, Sections 1708, 513(a), and 1029(a)(3) |

**JUDGE ANDERSEN**

**MAGISTRATE JUDGE DENLOW**

<u>COUNT ONE</u>

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about May 2, 2008, at Wheaton, in the Northern District of Illinois, Eastern Division,

ROBERT McGLORY,

defendant herein, knowingly and unlawfully possessed mail, and articles and things that had been contained in the mail, namely, approximately 354 pieces of mail addressed to approximately 204 different individuals, knowing that such mail and articles and things had been stolen, taken, and embezzled;

In violation of Title 18, United States Code, Section 1708.

**FILED**

JUN 2 6 2008  T C

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

Beginning on or about June 15, 2007, and continuing until at least April 10, 2008, at Wheaton and elsewhere, in the Northern District of Illinois, Eastern Division,

ROBERT McGLORY,

defendant herein, knowingly and with intent to defraud, made and possessed forged securities of organizations, with intent to deceive other organizations, namely, credit account convenience checks issued by Chase, Washington Mutual, Citibank, HSBC, Discover, and U.S. Bank;

In violation of Title 18, United States Code, Section 513(a).

## COUNT THREE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about May 2, 2008, at Wheaton, in the Northern District of Illinois, Eastern Division,

ROBERT McGLORY,

defendant herein, knowingly and with intent to defraud, possessed fifteen or more unauthorized access devices, namely, credit cards, debit cards, and credit card account numbers that were stolen and obtained with intent to defraud, thereby affecting interstate commerce;

In violation of Title 18, United States Code, Section 1029(a)(3).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY