## United States District Court, Northern District of Illinois

07 GJ 1124

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0355 | DATE | JUNE 26, 2008 |
| CASE TITLE | US v. ROBERT McGLORY | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDING

The Grand Jury for the _____SPECIAL JUNE 2007_____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _[signature]_

**DOCKET ENTRY:**

# 08 CR 355

NO BOND SET, DETAINED BY MAGISTRATE.

## JUDGE ANDERSEN

## MAGISTRATE JUDGE DENLOW

**FILED**

JUN 26 2008  TC

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                  UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court. | | Number of notices | DOCKET# |
| No notices required. | | Date docketed | |
| Notices mailed by judge's staff. | | Docketing dpty. initials | |
| Notified counsel by telephone. | | Date mailed notice | |
| Docketing to mail notices | | | |
| Mail AO 450 form. | | | |
| Copy to judge/magistrate judge. | | Mailing dpty. initials | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |