IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket Number: 08 CR 355 |
|     Plaintiff, | ) | |
| | ) | Presiding Judge: |
| v. | ) | The Honorable Judge Morton Denlow |
| | ) | |
| ROBERT McGLORY, | ) | |
|     Defendant. | ) | |

## MOTION TO RECONSIDER ORDER OF DETENTION

    ROBERT McGLORY, BY HIS COUNSEL, PAUL CAMARENA, RESPECTFULLY moves this Honorable Court to reconsider its order that the United States detain pretrial Robert McGlory. In support of his motion, Mr. McGlory states as follows:

1. On May 12, 2008, Mr. McGlory moved this Honorable Court to order the United States to release him pretrial, Mr. McGlory proposed as a third-party custodian his sister, who works full-time as a nurse, and Mr. McGlory proposed as security his sister's home, which has equity of at least $ 30,000.

2. This Honorable Court expressed concern that if someone did not supervise Mr. McGlory Mr. McGlory would have the opportunity to violate laws, this Honorable Court found that Mr. McGlory was a danger to the community, and this Honorable Court ordered the United States Marshal to detain Mr. McGlory pretrial. (See R. 5.)

3. Mr. McGlory respectfully moves this Honorable Court to reconsider this order. Mr. McGlory would propose a different third-party custodian: his mother, who has retired and whose home does not have access to the internet. Also, Mr. McGlory would propose as security, in addition to his sister's home, his long-term partner's retirement accounts, which have value of almost $ 80,000[1]. Mr. McGlory would submit that, with his mother's supervision plus Pretrial Services' electronic monitoring home incarceration, he would not be a danger to the community.

---

[1] Exhibit 1 (Retirement Account Statements). *See also United States v. Gonzales*, 995 F.Supp. 1299 (D.N.M. 1998) (district court stating that defendant's family and friends "stand ready to pledge all their retirement savings, and to act as guardians by having [the defendant] remain in their home under strict conditions of release pending trial. These are substantial and considerable assurances.")

  WHEREFORE, Mr. McGlory respectfully moves this Honorable Court to order that, once his sister and his long-term partner execute agreements to use a home and retirement accounts as security, the United States Marshal release pretrial Mr. McGlory to the custody of his mother.

  Respectfully submitted,
  Robert McGlory's Counsel
  North & Sedgwick L.L.C.

By: /s/ Paul Camarena
  Paul Camarena, Esq.
  333 W. North, No. 150
  Chicago, IL 60610
  PaulCamarena@PaulCamarena.Com
  (312) 493-7494
  (312) 602-4945 (facsimile)

The Retirement Board

of the

# County Employees' Annuity & Benefit Fund

and Ex Officio for the

## Forest Preserve District Annuity & Benefit Fund

33 North Dearborn Street, Room 1000
Chicago, Illinois 60602
Telephone (312)603-1200

June 24, 2008

Office # 125625

SALLY JONES
1115 SURREY DRIVE
APT #GN
GLEN ELLYN, IL 60137

Dear Sir/Madam:

The above named employee requested a statement of contributions currently held in this Fund. Please accept this certification that as of our last payroll posting on May 24, 2008 there is in this Fund the total sum of $70,431.98.

This amount includes all interest and contributions accumulated through our last payroll posting on May 24, 2008. Should you have any questions, you may contact our office and ask for any Member's Service representative.

Sincerely,

*[signature]*

Member's Services

ma001



**COUNTY OF COOK, ILLINOIS**

Nationwide
Retirement Solutions
On Your Side

January 1, 2008 - March 31, 2008

### Quarterly Retirement Report

SALLY A JONES
1115 SURREY DR # 1
GLEN ELLYN IL 60137-6161

**Questions? Contact Us!**

CUSTOMER SERVICE:  (312)443-1975
CUSTOMER SERVICE:  (877)677-3678
TDD:
Website:   www.cookcountydc.com
Write us at:  NATIONWIDE RETIREMENT
SOLUTIONS
205 W RANDOLPH ST #1540
CHICAGO, IL 60606

Securities offered through the Nationwide Investment Services Corporation, member FINRA, in Michigan only: Nationwide Investment Svcs. Corporation.

Please review your statement carefully. Corrections may not be accepted more than 45 days after the closing date of the statement.

## Five tips for dealing with market turmoil

1. **A well-thought-out investment plan is a well-thought-out investment plan** regardless of market conditions. Stick with it.

2. **You're in the market for the long-term.** Don't make investment decisions based on short-term drops or gains.

3. **Evaluate how an investment fits** into your overall financial strategy, regardless of short-term market volatility.

4. **Look at a market decline as a buying opportunity.** Some funds may be undervalued following a broad market decline, allowing you to invest more in high-quality companies.

5. **Talk with your local plan representative.** The information they give you is for education purposes only and not intended as investment advice; and (s)he's likely to have been through market ups and downs before.

NRM-4901AO



**Don't Panic! Facing a bear market doesn't have to be scary.**

### Quarterly Activity at a Glance

|   | 457(b) Plan |
|---|---:|
| **Balance as of 01-01-08** | $12,996.12 |
| Contributions/Transfers In* | $40.00 |
| Gain(Loss)/Interest/Dividends | $117.93 |
| Withdrawals/Transfers Out | -$4,797.49 |
| Charges/Fees | $.00 |
| **Balance as of 03-31-08** | $8,356.56 |

* Includes employee and employer contributions, and transfers into the plan.

### Historical Performance

| Plan Type | Plan Entry Date | Total Gain/(Loss) Since Joining |
|---|---|---|
| 457(b) Plan | 12/27/96 | $6,065.94 |

If applicable, "Total Gain/(Loss) Since Joining" includes asset fees charged against core accounts and/or asset fees associated with Self Directed Option (SDO). For information about asset fees, contact your customer service center.

### Inside Your Statement

Achieving Your Goals .......................................... 2
About Your Money................................................ 3
Statement Details and Performance Results ..... 4
Plan Updates ........................................................ 8