IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket Number: 08 CR 355 |
| Plaintiff, | ) | |
| | ) | Presiding Judge: |
| v. | ) | The Honorable Judge Morton Denlow |
| | ) | |
| ROBERT McGLORY, | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:    Bethany Biesenthal      Justin Wiersema
        Respondent United States' Counsel      United States Pretrial Services Officer
        219 S. Dearborn, No. 500      219 S. Dearborn, No. 1500
        Chicago, IL 60604      Chicago, IL 60604

      PLEASE TAKE NOTICE that, on Wednesday July 2, 2008, at 9:15am, at the United States District Court for the Northern District of Illinois, 217 S. Dearborn, Courtroom 1350, Chicago, IL, 60604, Mr. McGlory, through his counsel, Paul Camarena, will appear before His Honor Judge Denlow, or before such other judge who may be sitting in his place and stead, and Mr. McGlory will present his **MOTION TO RECONSIDER ORDER OF DETENTION**.

**CERTIFICATE OF SERVICE**

      MR. McGLORY'S COUNSEL, PAUL CAMARENA, CERTIFIES that, on Monday June 30, 2008, he served Mr. McGlory's **MOTION TO RECONSIDER ORDER OF DETENTION** and its **NOTICE OF MOTION** on:

        Bethany Biesenthal      Justin Wiersema
        Respondent United States' Counsel      United States Pretrial Services Officer
        219 S. Dearborn, No. 500      219 S. Dearborn, No. 1500
        Chicago, IL 60604      Chicago, IL 60604

        Respectfully submitted,
        Robert McGlory's Counsel
        North & Sedgwick L.L.C.

By:    /s/ Paul Camarena
        Paul Camarena, Esq.
        333 W. North, No. 150
        Chicago, IL 60610
        PaulCamarena@PaulCamarena.Com
        (312) 493-7494
        (312) 602-4945 (facsimile)