# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 355 - 1 | **DATE** | 7/2/2008 |
| **CASE TITLE** | USA vs. Robert McGlory | | |

**DOCKET ENTRY TEXT**

Arraignment and plea held. Defendant waives formal reading of the indictment and enters a plea of not guilty to all counts of the indictment.. Defendant informed of rights. 16.1(a) conference to be held by or on 7/9/08. Pretrial motions to be filed by or on 7/16/08. Status hearing set before Judge Andersen on 7/31/08 at 10:00 a.m. Government's oral motion to exclude time is granted. Time ordered excluded to 7/31/08 pursuant to 18:3161(h)(1) (X-E). Motion hearing held. Motion to withdraw Pro Se motion [16] is granted. Plaintiff's motion to vacate detention order and order pretrial release [15] is withdrawn. Plaintiff's motion to reconsider order of detention [21] is denied. Defendant ordered detained pending further proceedings.

Docketing to mail notices.<br>*Copy to judge/magistrate judge.

00:16

| | Courtroom Deputy Initials: | DK |
|---|---|---|