UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 355 |
| | ) | Magistrate Judge Morton Denlow |
| ROBERT McGLORY | ) | |

ORDER OF DETENTION

THIS CAUSE coming to be heard upon the government's motion to detain the defendant pending trial, pursuant to 18 U.S.C. § 3142, and this Court having reviewed and considered the evidence presented, as well as having heard argument on this matter, the Court hereby finds:

1. On June 26, 2008, the defendant was indicted in the Northern District of Illinois. The indictment charges the defendant with three counts: knowingly and unlawfully possessing mail, and articles and things that had been contained in the mail, knowing that such mail and articles and things had been stolen, taken, or embezzled, in violation of Title 18, United States Code, Section 1708 (Count 1); knowingly and with intent to defraud, making and possessing forged securities of organizations, with intent to deceive other organizations, in violation of Title 18, United States Code, Section 513(a) (Count 2); and knowingly and with intent to defraud, possessing fifteen or more unauthorized access devices that were stolen and obtained with intent to defraud, in violation of Title 18, United States Code, Section 1029(a)(3).

2. After a hearing and argument on this matter, the Court finds that the statutory factors enumerated in 18 U.S.C. § 3142(g) favor the removal of the defendant in custody:

(a) The nature of the charges against the defendant weigh in favor of detention. No combination of conditions would assure that the defendant would abide by the conditions imposed by this Court or prevent defendant from continuing to engage in the type of conduct set forth in the indictment.

(b) As to the character of the defendant, the Court notes of the criminal history set forth in the report prepared by Pretrial services. That report indicates that the defendant has had, among other things, as many as 27 bond forfeitures, 11 felony convictions,

and was on parole at the time of the instant offense.

3. Based upon the aforementioned factors, the Court finds by a preponderance of the evidence that no combination of conditions will assure defendant's adherence to any conditions of release and the defendant is a danger to the community.

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3142(e), that defendant Robert McGlory be detained pending trial.

IT IS FURTHER ORDERED that defendant shall be afforded reasonable opportunity for private consultation with counsel and that, to the extent practicable, the defendant shall be kept separate from persons awaiting or serving sentences or being held in custody pending appeal.

ENTER:

*Morton Denlow*

MORTON DENLOW
United States Magistrate Judge

Dated: July 8, 2008